# J.D. POWER

4/30/2025

J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2017 Ford Escape Utility 4D SE EcoBoost 1.5L I4 Turbo |
| Region: | Southeastern |
| Period: | April 21, 2025 |
| VIN: | 1FMCU0GD6HUA20182 |
| Mileage: | 153,962 |
| Base MSRP: | $25,250 |
| Typically Equipped MSRP: | $26,145 |
| Weight: | 3,526 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $4,775 | -$2,630 | N/A | **$2,145** |
| Average Trade-In | $5,775 | -$2,630 | N/A | **$3,145** |
| Clean Trade-In | $6,575 | -$2,630 | N/A | **$3,945** |
| | | | | |
| Clean Loan | $5,925 | -$2,630 | N/A | **$3,295** |
| Clean Retail | $8,825 | -$2,630 | N/A | **$6,195** |
| **Weekly Auction** | | | | |
| Low | $3,500 | -$3,210 | N/A | **$290** |
| Average | $5,750 | -$3,210 | N/A | **$2,540** |
| High | $8,025 | -$3,210 | N/A | **$4,815** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Aluminum/Alloy Wheels | w/body | w/body |

EXHIBIT C