# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    JAMIE LYNN COSPELICH,                              CASE NO. 25-50386-KMS

                  *Debtor.*                                                                           CHAPTER 13

**To:**  Christopher Meyer, Esq.
       Burr & Forman, LLP
       cmeyer@burr.com

## Notice to File Corporate Ownership Statement

On May 1, 2025 you filed an Objection to Confirmation (Dkt. #20) on behalf of Exeter Finance, LLC (the "Movant") in the above-referenced case. Pursuant to Miss. Bankr. L.R. 9014-1(c)(2) any corporation (including a general partnership, limited partnership, joint venture, or limited liability company), other than a governmental unit, that is a party to a contested matter shall file a Corporate Ownership Statement containing the information described in Fed. R. Bankr. Rule 7007.1.[1]

**Therefore,** on or before **May 5, 2025** the Movant must file the required Statement[2]. Failure to file a Corporate Ownership Statement may result in a hearing to show cause why sanctions should not be imposed for failure to comply with Miss. Bankr. L.R. 9014-1(c)(2).

Dated: May 2, 2025                                          Danny L. Miller, Clerk of Court
                                                               Dan M. Russell, Jr. U. S. Courthouse
                                                               2012 15th Street, Suite 244
                                                               Gulfport, MS 39501
                                                               228-563-1790

---

[1] Rule 7007.1 requires that the statement identify any parent corporation and any publicly held corporation that owns 10% or more of stock or states that there is no such corporation.
[2] Corporate Ownership Statement (Local Form MSSB-7007.1-Bk) is available on the court's website www.mssb.uscourts.gov.

(Rev. 12/05/2023)