# CERTIFICATE OF TITLE

## STATE OF MISSISSIPPI — ORIGINAL

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 1C4RJGAG8PC610195 | JEEP | 2023 | GRAND CHER | UV | | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 08/29/2023 | 07/21/2023 | 6 | NEW | PC | 142 ACTUAL |

**OWNER(S)**
COSPELICH, JAMIE LYNN
9810 ALA MOANA ST
DIAMONDHEAD MS 39525-4401

**BENEFICIARY**

**1ST LIENHOLDER**
CHRYSLER CAPITAL
P O BOX 961272
FORT WORTH TX 76161

DATE: 07/21/2023

**2ND LIENHOLDER**

DATE:

**BRANDS**

**MAIL TO**
CHRYSLER CAPITAL
P O BOX 961272
FORT WORTH   TX 76161

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ (LIENHOLDER)  BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20_____

2ND LIEN _____ (LIENHOLDER)  BY _____ (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20_____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 29TH DAY OF AUGUST 20 23

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER

MISSISSIPPI DEPARTMENT OF REVENUE

**Exhibit B**

VOID IF ALTERED