_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 30, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT DIVISION

In re:                                                                 Case No.: 25-50386-KMS

Jamie Lynn Cospelich,                                    Chapter: 13

    Debtor.

### AGREED ORDER ON OBJECTION OF SANTANDER CONSUMER USA INC. TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The Court has before it Creditor Santander Consumer USA Inc. dba Chrysler Capital's ("SCUSA") Objection to Confirmation of Debtor's Chapter 13 plan (docket number 23) set for hearing on June 5, 2025. The parties have announced settlement and request the Court to approve same.

SCUSA's Claim related to that 2023 Jeep Grand Cherokee bearing Vehicle Identification Number 1C4RJGAG8PC610195 (the "'Collateral") [Claim 7-1] shall be paid pursuant to SCUSA's Proof of Claim in the amount of $39,167.58, with 10% interest. Additionally, SCUSA's lien on the Collateral shall be retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under 1328.

61124218 v1

2

This lien retention language shall apply to Debtors' current Chapter 13 Plan, and any amendment or modification thereof.

##END OF ORDER##

*/s/ Thomas Carl Rollins, Jr.*
Thomas Carl Rollins, Jr.
*Attorney for Debtor*

*/s/ Christopher D. Meyer*
Christopher D. Meyer
*Attorney for Santander Consumer USA Inc.*
*dba Chrysler Capital*

*/s/ Phillip Brent Dunnaway*
Attorney for Warren A. Cuntz, Jr.
*Chapter 13 Trustee*

Submitted by:
Christopher D. Meyer, Esq. (MSB 103467)
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com