# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50386     **Case Name:** Jamie Lynn Cospelich

**Set:** 06/05/2025 10:00 am     **Chapter:** 13     **Type:** bk     **Judge:** Katharine M. Samson

**matter**     Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 5/2/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 05/23/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.  (Dkt. #21)

Response filed by the Debtor (Dkt. #26)

---

Minute Entry Re: (related document(s): [21] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order due by 06/19/2025. Email received from Cuntz's office. (mcc)