# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50386  **Case Name:** Jamie Lynn Cospelich
**Set:** 06/05/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Confirmation Hearing

    Objection to Confirmation filed by Exeter Finance LLC (Dkt. #20) - AGREED ORDER ENTERED 5/30/25

    Objection to Confirmation filed by Santander Consumer USA Inc. dba Chrysler Capital (Dkt. #23) - AGREED ORDER ENTERED 5/30/25

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Objections to Confirmation settled and orders entered. Confirmation hearing removed.(mcc)